UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO SALDANA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-01161-JD<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' stipulation, the case is dismissed with prejudice. The Court does not reach the *lis pendens* issue raised in the stipulation. Dkt. No. 20.

**IT IS SO ORDERED**

Dated: May 5, 2015

_____
JAMES DONATO
United States District Judge